UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN M. TABORA,<br>   Plaintiff,<br> v.<br>DANIEL BOYD, et al.,<br>   Defendants. | Case No. 25-cv-00250-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Kandis A. Westmore for consideration of whether the case is related to *Machado v. Boyd*, 24-cv-03525-KAW.

**IT IS SO ORDERED.**

Dated: January 8, 2025

THOMAS S. HIXSON
United States Magistrate Judge