UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN M. TABORA,<br><br>            Plaintiff,<br><br>     v.<br><br>DANIEL BOYD, et al.,<br><br>            Defendants. | Case No. 4:25-cv-00250-KAW<br><br>ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

This action was filed on January 7, 2025. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendants, such that April 7, 2025 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. On April 16, 2025—well after the 90-day period to serve had expired—Plaintiff filed a first amended complaint. (Dkt. No. 15.) To date, no proof of service has been filed.

By no later than June 12, 2025, Plaintiff is ORDERED TO SHOW CAUSE by explaining why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendants or to file a Motion for Administrative Relief. By June 12, 2025, Plaintiff shall also complete service on the defendants and file certificates of service. Alternatively, Plaintiff may file a voluntary dismissal.

Finally, the Case Management Conference scheduled for May 27, 2025 is continued to September 9, 2025 at 1:30 p.m. via Zoom videoconference. Case management statements are due on or before September 2, 2025.

IT IS SO ORDERED.

Dated: May 23, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge