UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN M. TABORA,<br>　　　　Plaintiff,<br>　　v.<br>DANIEL BOYD, et al.,<br>　　　　Defendants. | Case No. 4:25-cv-00250-KAW<br>**SECOND ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 16 |

This action was filed on January 7, 2025. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendants, such that April 7, 2025 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. On April 16, 2025—well after the 90-day period to serve had expired—Plaintiff filed a first amended complaint. (Dkt. No. 15.) Plaintiff did not file a proof of service. On May 23, 2025, the Court issued an order to show cause to Plaintiff why the case should not be dismissed for failure to comply with the deadline to complete service on Defendants or to file a Motion for Administrative Relief. (Dkt. No. 16 at 1.) Plaintiff was ordered to both respond to the order to show cause and complete service on Defendants by June 12, 2025. *Id.* To date, no proofs of service have been filed nor have there been any other filings in this case.

Accordingly, the Court issues a SECOND ORDER TO SHOW CAUSE. By **July 23, 2025**, Plaintiff is ordered to respond to this order to show cause and explain 1) why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendants or to file a Motion for Administrative Relief, and 2) why she failed to respond to the first order to show cause. By **July 23, 2025**, Plaintiff shall also complete service on the defendants and file

certificates of service.  Alternatively, Plaintiff may file a voluntary dismissal.

Finally, Plaintiff is advised that the failure to fully comply with this second order to show cause will result in this case being reassigned to a district judge with the recommendation that it be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: July 2, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge