UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN M. TABORA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL BOYD, et al.,<br><br>    Defendants. | Case No. 4:25-cv-00250-KAW<br><br>THIRD ORDER TO SHOW CAUSE TO PLAINTIFF<br><br>Re: Dkt. No. 22 |

On July 29, 2025, Defendants filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was August 12, 2025. To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before **August 21, 2025**, 1) to file an opposition or statement of non-opposition to the pending motion to dismiss, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendants may file a reply on or before August 28, 2025. <u>Plaintiff is advised that the failure to both timely respond to this order to show cause and to file an opposition will result in the motion to dismiss being granted as unopposed and the case being dismissed with prejudice.</u>

As of now, the September 4, 2025 motion hearing remains on calendar.

IT IS SO ORDERED.

Dated: August 14, 2025

                                             KANDIS A. WESTMORE<br>                                             United States Magistrate Judge